1  **Jason K. Singleton** State Bar #166170
   jason@singletonlawgroup.com
2  **Richard E. Grabowski,** State Bar #236207
   rgrabowski@mckinleyville.net
3  **SINGLETON LAW GROUP**
   611 "L" Street, Suite A
4  Eureka, CA 95501
5  (707) 441-1177
   FAX   441-1533
6
7  Attorneys for Plaintiff, MARSHALL LOSKOT

8

9                UNITED STATES DISTRICT COURT

10               EASTERN DISTRICT OF CALIFORNIA

11 | **MARSHALL LOSKOT,** | ) Case No. 2:09-CV-01417-FCD-KJM
12 |                     | )
   | Plaintiff,          | ) **STIPULATION AND ORDER OF**
13 | v.                  | ) **DISMISSAL WITH PREJUDICE**
   |                     | )
14 | **U.S. BANCORP, a Delaware Corporation,** | )
15 | **dba U.S. BANK, DANIEL H. MICKE, and** | )
   | **DOES ONE through FIFTY, inclusive,**  | )
16 |                     | )
   | Defendants.         | )
17 |                     | )
   |                     | )
18 |_____| )

19     Plaintiff MARSHALL LOSKOT and Defendants U.S. BANCORP, a Delaware
20 Corporation, dba U.S. BANK, DANIEL H. MICKE, (collectively "the Parties"), by and through
21 their respective attorneys of record, hereby stipulate as follows:
22     1.     The Parties have entered into a Confidential Settlement Agreement and General
23 Release in this matter whereby they have resolved all claims and agreed to the dismissal of
24 the above-captioned action with prejudice, each party to bear their own attorney fees and
25 costs.
26 ///
27 ///
28 ///

2. Accordingly, the Parties jointly request the Court to dismiss this action with prejudice.

**SINGLETON LAW GROUP**

Dated: August 4, 2009  /s/ Jason K. Singleton
Jason K. Singleton, Attorney for
Plaintiff, **RONALD S. WILSON**

**GORDON & REES LLP**

Dated: August 5, 2009  /s/ Marie S. Isom
Marcie S. Isom, Attorney for Defendants
**U.S. BANCORP and DANIEL H. MICKE**

### ORDER OF DISMISSAL WITH PREJUDICE

Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action <u>Marshall Loskot v. U.S. BANCORP, et al.</u>, Case Number 2:09-CV-01417-FCD-KJM, is dismissed with prejudice with each party to bear their own attorneys fees and costs.

Dated: August 5, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE